| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** **FOR CALENDAR YEAR 2004** | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) BOWEN, DUDLEY H | 2. Court or Organization SOUTHERN DISTRICT OF GEORGIA | 3. Date of Report 5/25/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) US DISTRICT COURT JUDGE ACTIVE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address UNITED STATES COURTHOUSE P O BOX 2106 AUGUSTA, GEORGIA 30903 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 JUN 27 P 3: 24 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|------|-----------------|-----------------------------------|
| 1. |  |  |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|------|-----------------|
| 1. 2004 | SHARA OVERSTREET INTERIORS |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|--------|-------------|
| 1. |  |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1.   CHARLES SCHWAB | MARGIN DEBT | J |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 5/25/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. CHARLES SCHWAB IRA #1 | | | | | | | | | |
| 2. PENGROWTH ENERGY TR | E | Dividend | K | T | BUY | 1/27 | K | | |
| 3. PENGROWTH ENERGY TR | A | Dividend | | | SELL | 7/15 | K | B | |
| 4. JDS UNIPHASE | A | Dividend | J | T | BUY | 1/27 | K | | |
| 5. JDS UNIPHASE | A | Dividend | | | SELL | 2/23 | J | B | |
| 6. LUCENT TECHNOLOGY | A | Dividend | J | T | BUY | 8/13 | J | | |
| 7. NOKIA ADR F | A | Dividend | K | T | BUY | 7/16 | K | | |
| 8. CIENA CORP | A | Dividend | J | T | BUY | 2/27 | J | | |
| 9. ABN AMRO/VERDUS AGGR GWTH (ALLEGHANY) | A | Dividend | L | T | | | | | |
| 10. INGERALL RAND CLA F | A | Dividend | J | T | BUY | 12/31 | J | | |
| 11. GENERAL ELEC COM STK | A | Dividend | L | T | | | | | |
| 12. 3 COM CORP COM STK | A | Dividend | J | T | | | | | |
| 13. JANUS 2 COM STK | A | Dividend | J | T | | | | | |
| 14. WACHOVIA CORP NEW COM STK | A | Dividend | K | T | | | | | |
| 15. ABN AMRO /TAMRO SM CAP COM STK (ALLEGHANY) | A | Dividend | K | T | | | | | |
| 16. CHARLES SCHWAB MONEY MARKET | A | Interest | J | T | | | | | |
| 17. INTEL COM STK | A | Dividend | K | T | | | | | |
| 18. NORTEL COM STK | A | Dividend | | | SELL | 1/26 | K | C | |

1. Income/Gain Codes: A =$1,000 or less    B =$1,001-$2,500    C =$2,501-$5,000    D =$5,001-$15,000    E =$15,001-$50,000
   (See Columns B1 and D4)    F =$50,001-$100,000    G =$100,001-$1,000,000    H1 =$1,000,001-$5,000,000    H2 =More than $5,000,000
2. Value Codes:    J =$15,000 or less    K =$15,001-$50,000    L =$50,001-$100,000    M =$100,001-$250,000
   (See Columns C1 and D3)    N =$250,000-$500,000    O =$500,001-$1,000,000    P1 =$1,000,001-$5,000,000    P2 =$5,000,001-$25,000,000
   P3 =$25,000,001-$50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash/Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. EXTREME NETWORKS COM STK | A | Dividend | | | SELL | 1/26 | J | C | |
| 20. AMERITRADE ACCOUNT | | | | | | | | | |
| 21. WAHLCO ENVIRO SYSTEMS COM STK | A | Dividend | J | T | | | | | |
| 22. AMERITRADE CASH ACCOUNT | E | Interest | J | T | | | | | |
| 23. CISCO SYSTEMS, INC. COM STK | A | Dividend | J | T | BUY | 10/14 | J | | |
| 24. NORTEL NETWORK COM STK | A | Dividend | | | SELL | 1/30 | J | A | |
| 25. CIENA CORP COM STK | A | Dividend | | | | | | | |
| 26. CIENA CORP STK | A | Dividend | K | T | BUY | 1/27 | K | | |
| 27. CIENA CORP STK | A | Dividend | | | SELL | 7/12 | K | A | |
| 28. EXTREME NETWORKS INC COM STK | A | Dividend | K | T | | | | | |
| 29. EXTREME NETWORKS INC COM STK | A | Dividend | K | T | BUY | 1/27 | K | | |
| 30. EXTREME NETWORKS INC COM | A | Dividend | J | T | SELL | 1/27 | J | C | |
| 31. DELPHI CORP COM STK | A | Dividend | | | SELL | 1/14 | J | C | |
| 32. CORNING INC. COM STK | A | Dividend | | | SELL | 1/30 | J | C | |
| 33. AT&T WIRELESS COM STK | A | Dividend | | | SELL | 1/27 | K | A | |
| 34. LOOKSMART LTD | A | Dividend | J | T | BUY | 11/24 | J | | |
| 35. LOOKSMART LTD | A | Dividend | | | SELL | 12/2 | J | A | |
| 36. MICROSOFT | A | Dividend | K | T | BUY | 1/22 | K | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4): F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3): N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2): U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. MERCK | A | Dividend | | | BUY | 1/22 | K | | |
| 38. MERCK | A | Dividend | | | SELL | 2/4 | K | A | |
| 39. LUCENT TECHNOLOGY | A | Dividend | J | T | BUY | 10/5 | J | | |
| 40. AT&T COM | A | Dividend | L | T | BUY | 1/12 | L | | |
| 41. AT&T COM | A | Dividend | | | SELL | 1/27 | L | A | |
| 42. PENGROWTH ENERGY | A | Dividend | | | BUY | 1/21 | K | | |
| 43. PENGROWTH ENERGY | A | Dividend | | | SELL | 8/31 | K | A | |
| 44. CISCO SYSTEMS | A | Dividend | K | T | BUY | 12/20 | L | | |
| 45. CISCO SYSTEMS | A | Dividend | | | SELL | 12/21 | J | A | |
| 46. CISCO WARRANTS | | None | J | T | BUY | 12/27 | J | | |
| 47. AGERE SYSTEMS CL A | A | Dividend | J | T | BUY | 12/27 | J | | |
| 48. AGERE SYSTEMS CL B | A | Dividend | J | T | BUY | 11/26 | J | | |
| 49. CHARLES SCHWAB ACCOUNT | | | | | | | | | |
| 50. BUILDERS DESIGNS INC COM STK | A | Dividend | J | T | | | | | |
| 51. AMER ON LINE COM STK | A | Dividend | J | T | | | | | |
| 52. CIT GROUP COM STK | A | Dividend | J | T | | | | | |
| 53. INTEL COM STK | A | Dividend | K | T | | | | | |
| 54. COCA COLA CO. COM STK | A | Dividend | J | T | | | | | |

1. Income/Gain Codes     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | BOWEN, DUDLEY H | 5/25/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. ABN AMRO/VERDUS AGG GWTH FUND | A | Dividend | L | T | | | | | |
| 56. EXXON MOBIL COM STK | A | Dividend | K | T | | | | | |
| 57. DUPONT E I DE NEMOUR & CO COM STK | A | Dividend | J | T | | | | | |
| 58. GENERAL ELECTRIC COM STK | A | Dividend | J | T | | | | | |
| 59. WACHOVIA CORP NEW COM STK | A | Dividend | J | T | | | | | |
| 60. AGERE SYSTEMS CL A | A | Dividend | J | T | BUY | 12/27 | J | | |
| 61. AT&T CORP NEW | A | Dividend | | | BUY | 2/2 | J | | |
| 62. AT&T CORP NEW | A | Dividend | | | SELL | 2/18 | J | A | |
| 63. AT&T WIRELESS | A | Dividend | | | BUY | 1/1 | J | | |
| 64. AT&T WIRELESS | A | Dividend | | | SELL | 1/30 | K | D | |
| 65. CIENA CORP | A | Dividend | | | BUY | 2/5 | J | | |
| 66. CIENA CORP | A | Dividend | | | SELL | 11/30 | J | A | |
| 67. CISCO SYSTEMS INC | A | Dividend | | | BUY | 2/18 | J | | |
| 68. CISCO SYSTEMS INC. | A | Dividend | | | SELL | 12/27 | J | A | |
| 69. LOOKSMART LTD | A | Dividend | | | BUY | 11/30 | J | | |
| 70. LOOKSMART LTD | A | Dividend | | | SELL | 12/10 | J | A | |
| 71. EXTREME NETWORKS | A | Dividend | | | BUY | 1/1 | J | | |
| 72. EXTREME NETWORKS | A | Dividend | | | SELL | 1/26 | J | A | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 5/25/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. OTHER INV/TRUSTS | | | | | | | | | |
| 74. ABN AMRO VERDX MCGFX FUNDS (ALLEGHANY) | B | Dividend | M | T | | | | | |
| 75. E I DUPONT - DRIP | A | Dividend | J | T | | | | | |
| 76. GA BK & TR MONEY MKT ACCOUNT | B | Interest | K | T | | | | | |
| 77. GA BK & TR SVG ACCT. | A | Interest | J | T | | | | | |
| 78. TIAA-CREF MUTUAL FUND | A | Dividend | K | T | | | | | |
| 79. CSRA FED CR UNION | A | Interest | J | T | | | | | |
| 80. TRUST PROMISSORY NOTE | | None | K | T | | | | | |
| 81. REAL PROPERTY, MCCORMICK CNTY, SC | | None | N | W | | | | | |
| 82. REAL PROPERTY, MCDOWELL CNTY, NC | | None | L | W | | | | | |
| 83. ZUMBOWAU, INC. | A | None | M | T | | | | | |
| 84. REAL PROPERTY, GLYNN COUNTY, GA. | E | Rent | | | SELL | 7/04 | M | G | |
| 85. BARCLAYS MONEY MKT ACCOUNT | B | Interest | J | T | | | | | |
| 86. ATLANTIC AMER COM STK | | None | J | T | | | | | |
| 87. REGIONS BANK SAVINGS ACCOUNT | A | Interest | J | T | | | | | |
| 88. IJL WACHOVIA IRA #2 | A | Dividend | J | T | | | | | |
| 89. SBN AMRO/VERDUS AGG GWTH FUND (ALLEGHANY) | | | | | | | | | |
| 90. IDII STOCK | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H | 5/25/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. JANUS ENTERP FUND | | | | | | | | | |
| 92. WACHOVIA CORP NEW FORMERLY FIRST UNION | | | | | | | | | |
| 93. SCHWAB 1000 FUND | | | | | | | | | |
| 94. T ROWE PRICE SCIENCE AND TECH FUND | | | | | | | | | |
| 95. REAL PROPERTY, RICHMOND CNTY, GA "X" | A | Rent | M | W | | | | | |
| 96. MOTOROLA | A | Dividend | J | T | | | | | |
| 97. LUCENT | A | Dividend | J | T | | | | | |
| 98. XEROX | A | Dividend | J | T | | | | | |
| 99. GENERAL MOTORS | A | Dividend | J | T | | | | | |
| 100. SCHWAB MONEY MKT ACCOUNT | A | Interest | J | T | | | | | |
| 101. | | | | | | | | | |

1. Income/Gain Codes:          A  = $1,000 or less          B  = $1,001-$2,500          C  = $2,501-$5,000          D  = $5,001-$15,000          E  = $15,001-$50,000
   (See Columns B1 and D4)    F  = $50,001-$100,000       G  = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:                J  = $15,000 or less        K  = $15,001-$50,000        L  = $50,001-$100,000        M  = $100,001-$250,000
   (See Columns C1 and D3)    N  = $250,000-$500,000      O  = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                              P3 = $25,000,001-$50,000,000                            P4 = $More than $50,000,000
3. Value Method Codes         Q  = Appraisal              R  = Cost (Real Estate Only)  S  = Assessment              T  = Cash/Market
   (See Column C2)            U  = Book Value             V  = Other                   W  = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BOWEN, DUDLEY H | 5/25/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date _6-21-2005_

NOTE: ANY IND█████████████████████████ FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544